B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Ohio

In re  Sandra Lee Ventrone            ,          Case No.  15-52886-amk

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association as
Trustee of Chalet Series III Trust                    Federal National Mortgage Association
    Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known):  5-1
should be sent:                                      Amount of Claim:  $4,099.21
  c/o SN Servicing Corporation                      Date Claim Filed:  01/03/2019
  323 Fifth Street
  Eureka, CA 95501
Phone:  800-603-0836                                 Phone:
Last Four Digits of Acct #:  9722                    Last Four Digits of Acct. #:  1783

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                           Date: 02/11/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.